1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAUL PAYAN,

11          Plaintiff,              No. CIV S-03-2556 GEB JFM P

12      vs.

13   THERESA SCHWARTZ, et al.,

14          Defendants.            <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has

17   filed this civil rights action seeking relief under 42 U.S.C.

18   § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General

20   Order No. 262.

21          On April 4, 2005, the magistrate judge filed findings

22   and recommendations herein which were served on all parties and

23   which contained notice to all parties that any objections to the

24   findings and recommendations were to be filed within twenty days.

25   Neither party has filed objections to the findings and

26   recommendations.

1           The court has reviewed the file and finds the findings

2  and recommendations to be supported by the record and by the

3  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

4  that:

5           1.  The findings and recommendations filed April 4,

6  2005 are adopted in full;

7           2.  Defendants' August 31, 2004 motion to dismiss is

8  denied; and

9           3.  Within twenty days from the date of this order

10  defendants shall file and serve an answer to the amended

11  complaint.

12  Dated:  May 6, 2005

13

                          /s/ Garland E. Burrell, Jr.

14                        GARLAND E. BURRELL, JR.
                         United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26