IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL PAYAN,

        Plaintiff,                    No. CIV S-03-2556 GEB JFM P

    vs.

THERESA SCHWARTZ, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 22, 2005, plaintiff filed a document entitled "request for production of documents, set 2."  Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 22, 2005 request for production of documents will be placed in the court file and disregarded.  Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may

/////

1

1  result in the imposition of sanctions, including, but not limited to, a recommendation that this
2  action be dismissed.
3  DATED: August 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
paya2556.411