IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL PAYAN,

        Plaintiff,                        No. CIV S-03-2556 GEB JFM P

    vs.

THERESA SCHWARTZ, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is before the court on plaintiff's motion to compel responses to two requests contained in a request for production of documents served on defendants on June 2, 2005. Specifically, plaintiff seeks to compel defendants to provide him with "all staff misconduct complaints filed against each separate defendant" by both inmates and civilians in the past five years. In the alternative, plaintiff seeks in camera review by this court of documents responsive to the two requests. Defendants objected to the requests on the grounds that the requests were "vague and ambiguous as to the term 'misconduct;' [and] overly broad and burdensome," not likely to lead to relevant or admissible evidence, and sought confidential information. (Ex. A to Plaintiff's Motion to Compel, filed July 22, 2005.)

/////

1       After review of the record herein, and good cause appearing, this court finds that,
2 at a minimum, defendants' first two objections to each request are well-taken.  Given the
3 overbreadth of plaintiff's requests, the court makes no findings with respect to the adequacy of
4 defendants' relevancy, admissibility, or confidentiality objections.
5       In accordance with the above, IT IS HEREBY ORDERED that plaintiff's July 22,
6 2005 motion to compel discovery responses or for in camera review is denied.
7 DATED: October 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
paya2556.mtc