BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEIL
Supervising Deputy Attorney General
SANDRA L. LUSICH, State Bar No. 195995
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-6749
  Fax: (916) 324-5205

Attorneys for Defendants Mata, May, Ramirez, Schlabes, Pham, and Williams
SA2004102623

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAUL PAYAN,**<br><br>Plaintiff,<br><br>v.<br><br>**THERESA SCHWARTZ, et al.,**<br><br>Defendants. | CASE NO. CIV S-03-2556 GEB JFM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL MOTION** |

The Court has considered Defendants' Request for Extension of Time to extend the parties' time to file pretrial motions 45 days from November 18, 2005, to January 2, 2006, and finds good cause for the request. The time for filing dispositive motions is extended to January 2, 2006. All other dates set in the scheduling order filed June 3, 2005, are unchanged.

DATED: November 28, 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/paya2556.ext