IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **RAUL PAYAN,** | CASE NO. CIV S-03-2556 GEB JFM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL MOTION** |
| **v.** |  |
| **THERESA SCHWARTZ, et al.,** |  |
| Defendants. |  |

The Court has considered Defendants' Request for Extension of Time to extend the parties' time to file pretrial motions 30 days from January 2, 2006 to February 1, 2006, and finds good cause for the request.

The time for filing dispositive motions is extended to February 1, 2006.  All other dates set in the scheduling order filed June 3, 2005, are unchanged.

DATED:  December 21, 2005.

UNITED STATES MAGISTRATE JUDGE

/paya2556.ext2