IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL PAYAN,

        Plaintiff,                    No. CIV S-03-2556 GEB JFM P

    vs.

THERESA SCHWARTZ, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested a ninety day extension of time to filed and serve an opposition to defendants' February 1, 2006 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 17, 2006 request for an extension of time is granted;

        2. Plaintiff is granted ninety days from the date of this order in which to file and serve an opposition to defendants' February 1, 2006 motion for summary judgment;

        3. The parties are relieved of the obligation to file pretrial statements until further order of court;

        4. The pretrial conference set for March 10, 2006 on the papers before the undersigned is vacated;

/////

5. The jury trial set for May 30, 2006 before the Honorable Garland E. Burrell, Jr. is vacated; and

6. The dates for filing pretrial statements, for pretrial conference, and for jury trial will be reset, as appropriate, following resolution of defendants' motion for summary judgment.

DATED: March 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
paya2556.36b