1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAUL PAYAN,

11             Plaintiff,                    No. CIV S-03-2556 GEB JFM P

12        vs.

13   THERESA SCHWARTZ, et al.,

14             Defendants.              ORDER

15   _____/

16             On February 1, 2006, defendants filed a motion for summary judgment pursuant

17   to Federal Rule of Civil Procedure 56.  By order filed March 8, 2006, plaintiff's request for an

18   extension of time was granted and plaintiff was given a period of ninety days in which to file and

19   serve an opposition to defendants' motion.  The ninety day period has expired and plaintiff has

20   not opposed the motion.

21             Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

22   written opposition or to file a statement of no opposition may be deemed a waiver of any

23   opposition to the granting of the motion . . . ."  On July 1, 2004, plaintiff was advised of the

24   requirements for filing an opposition to the motion and that failure to oppose such a motion may

25   be deemed a waiver of opposition to the motion.

26   /////

1

Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  In the order filed July 1, 2004, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within **fifteen** days of the date of this order, plaintiff shall file an opposition, if any he has, to the motion for summary judgment or a statement of non-opposition.  No extensions of the deadline set in this order will be granted.  Failure to comply with this order will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: July 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

paya2556 .46o

2